■ U.S. Bank National Association et al., Plaintiffs, v GreenPoint Mortgage Funding, Inc., Appellant. Syncora Guarantee Inc., Formerly Known as XL Capital Assurance Inc., Nonparty Respondent. [62 NYS3d 809]—

Order, Supreme Court, New York County (Marcy S. Friedman, J.), entered April 28, 2017, which denied defendant's motion to reverse the order of a special referee, dated December 2, 2016, denying its motion to compel production of documents by nonparty respondent Syncora Guarantee, Inc., unanimously affirmed, with costs.

This is a residential mortgage-backed securities put-back action in which the trustee seeks to enforce its contractual rights of repurchase of the mortgage loans in the trust. Nonparty respondent Syncora is the issuer of a financial guaranty policy for a certain class of notes in the trust. Any losses it sustained, or efforts it made to mitigate damages, are not relevant to the trust's claims.

We have considered the defendant's remaining contentions and find them unavailing. Concur—Tom, J.P., Renwick, Mazzarelli, Oing and Singh, JJ.